# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>THOMAS BARANYI<br>*Defendant* | MAGISTRATE JUDGE: Waldor<br><br>CASE NO. 2:21-9026<br><br>DATE OF PROCEEDINGS: 1/12/21<br><br>DATE OF ARREST: 1/12/21 |

**PROCEEDINGS:** Initial

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS       *for today only, see below*
- [ ] ORDER OF DETENTION
- [x] APPT. OF COUNSEL: [x] AFPD   [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: 100,000.00
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [x] OTHER: Initial in USDC of DC

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: 1/18/21 1pm (Michael)

- Def has retained counsel, counsel unavailable for todays hearing. FPD steps in for todays purposes only
- Def consent to hearing by video

**APPEARANCES:**

AUSA: Joyce Malliet

DEFT. COUNSEL: Adam Axel (for today only)

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 4:15pm
TIME TERMINATED: 4:45pm
CD NO: Zoom

TIM GORMAN
DEPUTY CLERK